IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BITTREX, INC., et al.<br><br>　　　　Debtors.<br>_____<br>ARABPOUR, et al.,<br><br>　　　　Appellants,<br><br>　　v.<br><br>THE PLAN ADMINISTRATOR,<br><br>　　　　Appellee.<br>_____ | ) Chapter 11<br>) Bk. No. 23-10598 (BLS)<br>) BK. BAP No. 24-00036<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-714-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 14th day of August 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the schedule set forth in the Order granting the Unopposed Motion to Consolidate Appeals (D.I. 5).

_____
The Honorable Jennifer L. Hall
United States District Judge